UNITED STATES COURT OF INTERNATIONAL TRADE
HON. TIMOTHY M. REIF, JUDGE

| | |
|---|---|
| AMCOR FLEXIBLES SINGEN GMBH, | ) |
| Plaintiff, | ) ) ) Court No. 16-00200 |
| v. | ) ) |
| UNITED STATES, | ) ) |
| Defendant. | ) ) |

## STIPULATED JUDGMENT ON AGREED STATEMENT OF FACTS

This action, as prescribed by Rule 58.1 of the Rules of the United States Court of International Trade, is stipulated for judgment on the following agreed statement of facts in which the parties agree that:

1. The protests and the action involved herein were filed within the time provided by law, and all liquidated duties, charges or exactions have been paid prior to the filing of the Summons.

2. The stipulable imported merchandise covered by the entries set forth on Schedule A consists of flexible packaging materials.

3. This imported merchandise was classified by U.S. Customs and Border Protection or its predecessors as plastic film under *Harmonized Tariff Schedule of the United States* ("HTSUS") subheading 3921.90.40.

4. The stipulable imported merchandise identified in Schedule A is classifiable as backed aluminum foil under HTSUS subheading 7607.20.50.

5. The imported merchandise, covered by the entries set forth on that attached Schedule A, is stipulable in accordance with this agreement.

*Stipulated Judgment, Court No. 16-00200* *Page 2*

6. Any refunds payable by reason of this judgment are to be paid with interest provided for by law.

7. All other claims and non-stipulable entries are abandoned.

8. Each party agrees to bear its own attorney fees, related litigation expenses, and costs.

Respectfully submitted,

By: Wm. Randolph Rucker
Faegre Drinker Biddle & Reath
LLP Attorneys for Plaintiff
320 South Canal Street, Suite 3300
Chicago, IL 60606
Phone: (312) 569-1157


YAAKOV M. ROTH
Acting Assistant Attorney General

PATRICIA M. McCARTHY
Director

By: _____ APRIL 3, 2025
JUSTIN R. MILLER
Attorney-in-Charge
International Trade Field Office

EDWARD F. KENNY
Senior Trial Counsel
Department of Justice
Civil Division,
Commercial Litigation Branch
26 Federal Plaza, Room 346 New York, New York 10278 Attorneys for Defendant
Tel No: (212) 264-9230 or 0480

*Stipulated Judgment, Court No. 16-00200*                                                                                          Page 3

**IT IS HEREBY ORDERED** that this action is decided and this final judgment is to be entered by the Clerk of this Court; the appropriate U.S. Customs and Border Protection officials shall reliquidate the entries and make refund in accordance with the stipulation of the parties set forth above.

Date: _____              _____
      New York, New York                                        Hon. Timothy M. Reif, Judge

SCHEDULE OF MATERIALS: COURT NO. 16-00200

## SCHEDULE A
## TO STIPULATED JUDGMENT FOR COURT NO. 16-00200

The following stipulated Material Nos. are to be reliquidated under HTSUS subheading 7607.20.50.

**PORT OF ENTRY: CHARLOTTE**

| Protest No. | Entry No. | Product No. | Product Description |
|---|---|---|---|
| 1512-10-100060 | 30032266957 | 3273863 | 20-micron aluminum foil, soft temper, plain, bright side lacquer laminated to a 12-micron PET film, PET film 4-colours gravure printed black, blue, dark red and white, subsequently over lacquered, dull side extrusion coated with 30g/sqm LDPE |
| 1512-10-100116 | U5241002356 | 3273863 | 20-micron aluminum foil, soft temper, plain, bright side lacquer laminated to a 12-micron PET film, PET film 4-colours gravure printed black, blue, dark red and white, subsequently over lacquered, dull side extrusion coated with 30g/sqm LDPE |
| 1512-10-100116 | U5241002760 | 3273864 | 20-micron aluminum foil, soft temper, plain, bright side lacquer laminated to a 12-micron PET film, PET film 4-colours gravure printed black, blue, yellow, and white, subsequently over lacquered, dull side extrusion coated with 30g/sqm LDPE |
| 1512-10-100137 | U5241003404 | 3273863 | 20-micron aluminum foil, soft temper, plain, bright side lacquer laminated to a 12-micron PET film, PET film 4-colours gravure printed black, blue, dark red and white, subsequently over lacquered, dull side extrusion coated with 30g/sqm LDPE |
| 1512-11-100053 | U5241004659 | 3273863 | 20-micron aluminum foil, soft temper, plain, bright side lacquer laminated to a 12-micron PET film, PET film 4-colours gravure printed black, blue, dark red and white, subsequently over lacquered, dull side extrusion coated with 30g/sqm LDPE |